**PER CURIAM.**

Appellant McQueen was indicted, tried and convicted for robbery. At about three o'clock one morning two police officers heard shots and ran to the scene. They saw a man (later identified as "Lee Bong") in a yard waving a pistol and yelling, "You robbed me; you robbed me." The officers saw McQueen leaving a shed in the yard. Later they found a wallet in a trash can beside the shed. Lee Bong identified it as his. While still on the scene McQueen admitted his guilt to the offense. Lee Bong died of a heart attack shortly after this affair and so was not a witness at the trial.

Upon this appeal counsel for McQueen raises several points about the admissibility of evidence, particularly with regard to the officers' testimony concerning Lee Bong's utterances on the scene. We find no error.[1]

Affirmed.

U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and EDGERTON and DANAHER, Circuit Judges.

**PER CURIAM.**

This is an appeal from a denial of a motion filed in the District Court under Section 2255, Title 28, United States Code. Appellant says his trial counsel failed to call a certain person as a witness and that his attorney, after the verdict, argued on behalf of both appellant and a co-defendant, also convicted, in respect to the sentence to be imposed. Despite the earnest and skillful presentation of appellant's points by counsel appointed to represent him on appeal, we find no error.

Affirmed.

James A. MARSHALL, Appellant,

v.

UNITED STATES of America, Appellee.

No. 14604.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 10, 1958.

Decided Nov. 20, 1958.

Certiorari Denied March 23, 1959.

See 79 S.Ct. 735.

Mr. Jerrold Scoutt, Jr., Washington, D. C. (appointed by this court), for appellant.

Mr. Edgar T. Bellinger, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S. Atty., and Mr. Carl W. Belcher, Asst.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, GENERAL DRIVERS AND HELPERS, LOCAL NO. 554, AFL–CIO, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 13713.

United States Court of Appeals District of Columbia Circuit.

Argued Sept. 15, 1958.

Decided Dec. 4, 1958.

1. Cf. Guthrie v. United States, 1953, 92 U.S.App.D.C. 361, 207 F.2d 19.